THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: December 14, 2018

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Marina Kolchinsky          Chapter 13
       a/k/a Marina Porush,       Case No. 17-30872-BEH
             Debtor.

ORDER OF DISMISSAL PURSUANT TO
DEBTOR'S VOLUNTARY REQUEST TO DISMISS

      This matter coming on for hearing before the Court on various evidentiary matters on November 7, 2018; Attorney David Kingstad appearing in person for the debtor; Chapter 13 Trustee Rebecca Garcia appearing in person; debtor Marina Kolchinsky a/k/a Marina Porush appearing by telephone; Attorney Rachael Stokas appearing by telephone for Wilmington Savings Fund Society; and Attorney Jay Pitner appearing by telephone for Bank of America; the debtor having made an oral request during the hearing to dismiss this case, and this case not having been converted under any other section;

      NOW, THEREFORE;

      IT IS ORDERED THAT: this case shall be and the same hereby is dismissed;

      IT IS FURTHER ORDERED THAT: the debtor shall be barred from refiling another bankruptcy case for 180 days from the date of entry of this order, pursuant to 11 U.S.C. section 109(g)(2) and *In re Gibas*, Case No. 15-31102-beh, 543 B.R. 570 (Bankr. E.D. Wis. 2016); and,

IT IS FURTHER ORDERED THAT: the trustee shall release funds held pursuant to this Court's July 18, 2018 Order For Monthly Adequate Protection Payments (Doc. 85) and shall pay administrative fees prior to returning any remaining funds to the debtor.

#####